IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**MATTHEW REARDON**                                                  **PLAINTIFF**

**V.**                              **NO. 3:20-CV-327-DMB-JMV**

**STATE OF MISSISSIPPI; CITY OF
OLIVE BRANCH, MS - MUNICIPAL
COURT**                                                **DEFENDANTS**

## ORDER

On December 11, 2020, Matthew Reardon filed a pro se complaint in the United States District Court for the Northern District of Mississippi against the State of Mississippi and "Olive Branch, Mississippi-State Agencies, Courts." Doc. #1. Reardon asserts the following claims: "1st, 4th, 8th, & 14th Amendment Violations [and] Deprevation [sic] of Rights (42 USC 1983);" "Conspiracy to Interfere with Civil Rights (42 USC 1985);" and "Preferential Prosecution, Malicious Prosecution, False Arrest, Entrapment Extortion (18 US 41)." *Id.* at 3. The same day, Reardon filed a motion to proceed in forma pauperis. Doc. #2.

On February 11, 2021, United States Magistrate Judge Jane M. Virden, noting that "it does not appear on the face of the Complaint that [Reardon] has stated a federal claim upon which relief may be granted, nor is there any basis for diversity jurisdiction," ordered Reardon to file a proposed amendment addressing these errors. Doc. #5 at 3. Reardon filed a "Proposed Amendment to Complaint" on February 25, 2021. Doc. #6. After considering Reardon's filing, Judge Virden issued a Report and Recommendation ("R&R") recommending that Reardon's "motion to proceed *in forma pauperis* be granted but this action be dismissed as failing to state a non-frivolous claim over which this court has jurisdiction." Doc. #7 at 5. No objections to the R&R were filed and the time to do so has passed.

"With respect to those portions of the report and recommendation to which no objections were raised, the Court need only satisfy itself that there is no plain error on the face of the record." *Gauthier v. Union Pac. R.R. Co.*, 644 F. Supp. 2d 824, 828 (E.D. Tex. 2009) (citing *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1428–29 (5th Cir. 1996)). The Court has reviewed the R&R and finds no plain error on the face of the record. Accordingly, the R&R [7] is **ADOPTED** as the order of this Court, Reardon's motion to proceed in forma pauperis [2] is **GRANTED**, and Reardon's complaint [1] is **DISMISSED**.

**SO ORDERED**, this 12th day of May, 2021.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**